**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00004-CR

**JAQUALYN JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-41279-J**

## ORDER

The Court **REINSTATES** the appeal.

On June 19, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by the Dallas County Public Defender's Office; (3) Kathleen Walsh explained that the delay in filing appellant's brief is her workload and also stated she would be attending the Advanced Criminal Law Seminar July 22 through 25, 2013; and (4) Ms. Walsh requested thirty days from July 10, 2013 to file appellant's brief.

We **ORDER** appellant to file her brief by **MONDAY, AUGUST 12, 2013**. We note the brief is already more than two months overdue and appellant has previously been granted a thirty-day extension of time to file the brief. Therefore, if appellant's brief is not filed by the date

specified, the Court will order Kathleen Walsh and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Kathleen Walsh, Dallas County Public Defender's Office; and Michael Casillas, Dallas County District Attorney's Office.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE